

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 16 2009

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT

———————— DISTRICT OF WYOMING ————————

UNITED STATES OF AMERICA

V.

**RICKEY ARTHUR KEMPTER**
a/k/a **RICK ARTHUR KEMPTER**

WARRANT FOR ARREST

CASE NUMBER: 09-mJ-192-J

To: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RICKEY ARTHUR KEMPTER, a/k/a RICK ARTHUR KEMPTER**

and bring him forthwith to the nearest magistrate to answer a

### COMPLAINT

**charging him with Manufacturing Counterfeit Obligations of the United States in violation of 18 U.S.C. § 471 and Possession of Counterfeit Obligations of the United States in violation of and 18 U.S.C. § 472.**

| | |
|---|---|
| Hon. William C. Beaman | U.S. Magistrate Judge |
| Name of issuing Officer | Title of Issuing Officer |
| *William C. Beaman* (Signature of Issuing Officer) | October 16, 2009, Cheyenne, Wyoming — Date and Location |
| By Deputy Clerk | |

Bail fixed at $ _Detain_     by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |