# UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 09-M-192J   Date 10/16/09 |
| VS | Time 3:33-3:52 |
| RICKEY ARTHUR KEMPTER | ☐ Indictment  ☐ Information |
| DEFENDANT | ☑ Complaint  ☐ Other |
| | Offense: Manufacturing Conterfeit Obligations of the United States |
| Before the Honorable, William C. Beaman | Recorded RD2  ☐ Disk NO. |

| Debbie Lawson | Laura M. Harris | Greg Phillips/Leschuck | Dennis Conmay |
|---|---|---|---|
| Deputy Clerk    Court Reporter | Probation Officer | Asst. U.S. Attorney | Marshal |

INTERPRETER _____

Appeared  ☐ Voluntarily
         ☑ In-Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Mark Macy
                    ☐ FPD    ☐ PANEL-CJA    ☑ RETAINED
☐ Attorney waived

1. Initial appearance   Date 10/16/09   (Comments) _____

   **BOND IS**  ☑ Defendant is detained
              ☐ Set at $_____  ☐ Cash or Surety  ☐ Unsecured
              ☐ Continued on the same terms and conditions
              ☑ Detention and/or Preliminary hearing set for 10/21/09 at 10:30 a.m.

☐ Obey all laws, Federal, State and Local          ☐ Maintain current residence
☐ Seek/Maintain employment                         ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                      ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives ☐ Abide by the following curfew
☐ Not use or possess alcohol                       ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                        ☐ Avoid all contact with
☐ Submit to drug/alcohol testing                   ☐ Post property or sum of money _____
☐ Do not obtain passport                           ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

☐ Other
_____
_____
_____

### MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

- [ ] Bail review/detention hearing  Date _____
- [ ] Defendant detained -  Reasons

_____
_____
_____
_____

- [ ] Defendant committed to custody of U.S. Marshal
- [ ] Preliminary hearing set for _____  [ ] Preliminary hearing waived
- [ ] Removal hearing waived  [ ] Removal hearing held  Date _____
- [ ] Court orders defendant held to answer to U.S. District Court, District of _____
  - [ ] Bond to transfer  Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue
- [ ] Case continued to _____ for _____
- [ ] Other _____

2. Preliminary hearing  Date _____
   Witnesses _____
   _____
   _____

   Outcome
   - [ ] Bound over to U.S. District Court  [ ] Dismissed

- [ ] Other _____
   _____
   _____

## Arraignment

- [ ] Defendant waives indictment
- [ ] Information filed by Government
- [ ] Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
- [ ] Not guilty to count(s) _____ of an _____
- [ ] Guilty to count(s) _____ of an _____

Not Guilty Plea
- [ ] Court orders discovery per rule 16 FRCrP
- [ ] Court orders access to Grand Jury Transcripts
- [ ] Motions to be filed in ____ days or
      On / Before _____
- [ ] Trial date set for ____ at ____
      In _____

Guilty Plea
- [ ] Court is satisfied there is factual basis for a plea of guilty
- [ ] Defendant referred to probation for presentence investigation
- [ ] Defendant advised on consequence of a plea of guilty
- [ ] Plea agreement filed
- [ ] Sentencing set for ____ at _____
      In _____
- [ ] Plea conditionally accepted

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court