# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,
              Plaintiff(s),

**NOTICE**

vs.

RICKEY ARTHUR KEMPTER,    Case Number: 09-M-192J
              Defendant(s).    Interpreter Needed: NO

TYPE OF CASE:

**CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>COURTROOM #3 | BEFORE<br>William C. Beaman, United States Magistrate Judge |
|---|---|
| | DATE AND TIME<br>OCTOBER 21, 2009 AT 10:30 A.M. |

TYPE OF PROCEEDING

PRELIMINARY/DETENTION HEARING

                                        STEPHAN HARRIS
                                        Clerk of Court

October 16, 2009                          Debbie Lawson
Date                                                Deputy Clerk

TO:
U.S. Attorney
Mark Macy
Defendant through counsel
U.S. Marshal
U.S. Probation
Court Reporter